Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FREDERICK W. KAUTZMAN, Appellant.

*Appeal — failure to serve record and points — motion to dismiss appeal granted.*

*People* v. *Kautzman*, 220 App. Div. 827, appeal dismissed.
(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of unlawfully taking fees as a public officer.

The motion was made upon the ground of failure to serve the printed record and points on appeal.

*Joab H. Banton, District Attorney* (*Felix C. Benvenga* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

NASSAU NATIONAL BANK OF BROOKLYN, Respondent, *v.*
JOHN A. PAUL et al., Appellants.

*Appeal — modification by Appellate Division by striking out additional allowance of costs — appeal without permission to Court of Appeals — motion to dismiss appeal denied.*

Reported below, 223 App. Div. 733.
(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 23, 1928, modifying and affirming as modified a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury, by striking therefrom an extra allowance of costs.

The motion was made upon the ground that no appeal

Prepared by State Reporter from Appeal Papers

could be taken as of right and permission to appeal had not been granted.

*Lloyd B. Kanter* for motion.

*Samuel R. Wachtell* opposed.

Motion denied, with ten dollars costs.

---

Isaac Meyers, Respondent, *v.* The Anwal Realty Corporation, Appellant.

*Appeal — failure to file necessary undertaking — motion to dismiss appeal denied.*

Reported below, 218 App. Div. 762.

(Submitted March 26, 1928; decided April 3, 1928.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1927, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground of failure to file the required undertaking.

*Albert Adams* for motion.

*Herman M. Schaap* opposed.

Motion denied if appellant within ten days files a proper undertaking and pays ten dollars costs of motion. Otherwise granted, with costs and ten dollars costs of motion.

---

The People of the State of New York ex rel. Donner-Hanna Coke Corporation, Respondent, *v.* William J. Burke et al., as Assessors of the City of Buffalo, Appellants.

*Tax — constitutional law — assessment upon interest under contract with United States government to purchase structures and equipment void — constitutionality of subdivision 24 of section 4 of Tax Law.*

*People ex rel. Donner-Hanna Coke Corp.* v. *Burke,* 222 App. Div. 790, affirmed.

(Argued March 26, 1928; decided April 10, 1928.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered